```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

JOHN C. DECKER                                      PLAINTIFF

         v.    Civil NO. 2:12-cv-02058-RTD-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                      DEFENDANT

## JUDGMENT

On this 9th day of April, 2013, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412. ECF Nos. 12, 13. On March 21, 2013, a Report and Recommendation was filed by the Honorable James R. Marschewski. ECF No. 15. Fourteen days have passed without objection. The undersigned finds that the Report and Recommendation should be adopted *in toto* and hereby awards Plaintiff fees in the amount of $4,023.90.

IT IS SO ORDERED.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge